SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>    vs.<br><br>William T. Ramsey, et al,<br><br>    Defendants | Case No. **2:11-cv-00892-LKK-DAD**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF WILLIAM T. RAMSEY; BARBARA RAMSEY**<br><br>Case to Remain Open with Remaining Defendants |

    IT IS HEREBY ORDERED THAT Defendants William T. Ramsey and Barbara Ramsey are hereby dismissed With Prejudice. This case is to remain open with remaining Defendants.

Date:  June 28, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-00892-LKK-DAD - 1