```
 1
 2
 3
 4
 5
 6
 7                     UNITED STATES DISTRICT COURT
 8                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  SCOTT N. JOHNSON,
                                           NO. Civ.S-11-0892 LKK/DAD
11           Plaintiff,
12       v.                                **ORDER RE DISPOSAL
                                           DOCUMENTS AFTER
13  WILLIAM T. RAMSEY, et al.,             NOTIFICATION OF SETTLEMENT**
14           Defendants.
                                      /
15
16       Counsel for plaintiff has filed a Notice of Settlement in the
17  above-captioned case.  The court now orders that the dispositional
18  documents disposing of the case be filed no later than thirty (30)
19  days from the effective date of this order.
20       All hearing dates heretofore set in this matter are hereby
21  **VACATED.**
22       FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
23  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
24  ////
25  ////
26  ////
                                    1
```

1  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.
2      IT IS SO ORDERED.
3      DATED: September 15, 2011.

                                  _____
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT

2